RECEIVED
AUG - 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY LEWIS (#569393) | DOCKET NO. 1:14-CV-517; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* be **DENIED AND DISMISSED** as barred by the one-year limitations period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 5 day of August, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE